**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **Case No. CIV-25-1413-R** |
| | ) |
| **$264,208.67 IN UNITED STATES** | ) |
| **CURRENCY, SEIZED FROM** | ) |
| **FIRST ENTERPRISE BANK** | ) |
| **ACCOUNT NUMBER 14041255,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

Before the Court is the Government's Motion for Default and Forfeiture Judgment. Doc. 12. The Court finds:

That on November 25, 2025, the United States filed its Verified Complaint for Forfeiture *In Rem* against the Defendant $264,208.67 in United States Currency, Seized from First Enterprise Bank Account Number 14041255 in United States Currency ("Defendant Currency"). Doc. 1.

Examination of the record in this case demonstrates that the United States served Defendant Currency with a copy of the Complaint and Notice of Forfeiture Action on February 13, 2026. Doc. 11.

That notice of this action was posted on an official Government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 26, 2025, and ending on December 25, 2025, as referenced in the Declaration of Publication. Doc. 8.

That copies of the Complaint and Notice of Forfeiture Action were provided to the following party who may have had an interest in the Defendant Currency: John W. Coyle, IV, counsel for potential claimants Kai Hao Chen, Shangxiong Hu, and Sweet Harvest Garden Supply, LLC, which was accomplished by certified mail, return receipt number 9589 0710 5270 2959 6692 50. *See* Doc. 7.

That no known infant or incompetent persons were entitled to receive service in this matter.

That no other person has filed a claim or answer to the Complaint or otherwise defended herein. *See* Clerk's Entry of Default filed February 13, 2026. Doc. 10.

IT IS THEREFORE ORDERED, that the right, title, and interest to the Defendant Currency is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, and shall be disposed of according to law.

That upon entry of this Order, the United States Marshals Service or other appropriate governmental agency is directed to deliver the above-described property to the United States of America for disposition according to law.

IT SO ORDERED this 11th day of March, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2